

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00429-CV

REYNALDO MORALES, Appellant

V.

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, Appellee

Appeal from the 165th District Court of Harris County.   (Tr. Ct. No. 2013-54065).

**TO THE 165TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 18th day of December 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on March 20, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

> The Court **orders** that the appellant, Reynaldo Morales, pay all appellate costs.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered December 18, 2014.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 5, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

